In the Matter of ROSEMARIE PANIO, as Chairperson of the Westchester County Republican Committee, Respondent-Appellant, v CAROLEE SUNDERLAND et al., Constituting the Board of Elections of the County of Westchester, et al., Respondents, NICHOLAS SPANO, Respondent-Appellant, and ANDREA STEWART-COUSINS, Appellant-Respondent. (And Another Proceeding.)

Submitted February 7, 2005; decided February 7, 2005

Motion by New York Republican State Committee for leave to appear amicus curiae herein denied.